IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDY KEITH KING II,**     **PLAINTIFF**
**ADC #151751**

CASE NO. 4:17-CV-709-KGB-BD

**V.**

**TIM RYALS and**
**HENRY POINDEXTER**     **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.    Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion**

Randy Keith King, II, formerly an inmate at the Faulkner County Detention Center ("Detention Center"), filed this civil rights lawsuit on October 30, 2017. (Docket entry #2) Mr. King is no longer incarcerated at the Detention Center, as evidenced by mail returned to the Court as undeliverable on November 14 and November 24, 2017. (#5, #7) The mail returned to the Court on November 24 contained a notation that Mr. King is "no

longer in facility." (#7) Mr. King has failed to inform the Court of his new address as required by the Court's local rules.

Mr. King was ordered to provide the Court notice of his new address within 30 days of November 17, 2017. (#6) To date, he has failed to comply with the Court's November 17, 2017 Order, and the time for doing so has passed. The Court specifically cautioned Mr. King that his claims could be dismissed if he failed to comply with the Court's Order.

### III. Conclusion

The Court recommends that Mr. King's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's November 17, 2017 Order and failure to prosecute this case.

DATED this 20th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE