# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RANDY KEITH KING, II**
**ADC #151751**                                                                                 **PLAINTIFF**

v.                          Case No. 4:17-cv-00709-KGB-BD

**TIM RYALS and**
**HENRY POINDEXTER**                                                                       **DEFENDANTS**

## ORDER

Before the Court are a Partial Recommended Disposition (Dkt. No. 4) and a Recommended Disposition (Dkt. No. 8) (collectively "Recommendations") from United States Magistrate Judge Beth Deere. Also before the Court is plaintiff Randy Keith King, II's motion for copies (Dkt. No. 9).

With regard to the Recommendation entered on October 31, 2017, no objections have been filed, and the time for filing objections to that Recommendation has passed. After review, this Court adopts that Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 4). The Court dismisses without prejudice Mr. King's official capacity claims against defendant Henry Poindexter and Mr. King's claims against defendant Tim Ryals.

With regard to the Recommendation entered on December 20, 2018, Mr. King filed timely objections to that Recommendation (Dkt. No. 10). After review of Judge Deere's Recommendation and the timely objections, as well as a *de novo* review of the record, this Court declines to adopt Judge Deere's Recommendation (Dkt. No. 8).

Mr. King states in his objection that, upon his release from Faulkner County Jail, he gave to Faulkner County officials to mail a change of address letter to this Court (Dkt. No. 10). Mr. King also states in his objections that, when he was brought back to Faulkner County Jail after

being re-arrested in December 2017, he again gave to Faulkner County officials to mail a change of address letter to this Court (*Id.*). The Court did not receive either letter that Mr. King represents he gave to Faulkner County officials to mail, but Mr. King has now provided to this Court his current address. For these reasons, the Court rejects the second Recommendation and will permit Mr. King to proceed with his individual capacity claims against Mr. Poindexter.

The Court will now address Mr. King's motion for copies (Dkt. No. 9). Mr. King seeks copies of his complaint and motion for leave to proceed *in forma pauperis* (Dkt. Nos. 1, 2). The Court grants Mr. King's motion for copies (Dkt. No. 9). The Clerk of the Court is directed to send to Mr. King copies of docket entries 1 and 2. The Clerk of Court is also directed to update Mr. King's address to the most current address provided.

It is therefore ordered that:

1. Mr. King's official capacity claims against defendant Henry Poindexter and Mr. King's claims against defendant Tim Ryals are dismissed without prejudice (Dkt. No. 1).

2. Mr. King may proceed with his individual capacity claims against Mr. Poindexter (Dkt. No. 1).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

4. The Court grants the motion for copies (Dkt. No. 9). The Clerk is directed to send Mr. King copies of docket entries 1 and 2.

So ordered this 13th day of July, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge