**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RANDY KEITH KING II,**                                        **PLAINTIFF**
**ADC #151751**

**V.**                        **CASE NO. 4:17-CV-709-KGB-BD**

**TIM RYALS and**
**HENRY POINDEXTER**                                        **DEFENDANTS**

**ORDER**

Lee Ellen Fowler, court-appointed counsel for Mr. King, has moved to withdraw from her representation of Mr. King in this lawsuit. (Docket entry #28) For good cause, the motion (#28) is GRANTED. The Clerk is instructed to terminate Ms. Fowler as counsel of record for Mr. King.

Attorney Robert Tellez, Tellez Law Firm PLLC, 3615 J.F.K. Boulevard, North Little Rock, Arkansas 72116, telephone number (501) 353-2901, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff Randy Keith King II in all further proceedings in this case.

The Clerk of Court is directed to send Mr. Tellez a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff at 501-604-5114, and a copy of the file, or any portion requested, will be provided via compact disc free of charge.

Under Local Rule 83.7, Mr. Tellez has 21 days to make written application to withdraw, if there is good cause for his withdrawal; otherwise, the appointment will be effective.

IT IS SO ORDERED, this 24th day of April, 2019.

_____

UNITED STATES MAGISTRATE JUDGE