IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDY KEITH KING II,**                                                          **PLAINTIFF**
**ADC #151751**

**V.**                 **CASE NO. 4:17-CV-709-KGB-BD**

**TIM RYALS and**
**HENRY POINDEXTER**                                               **DEFENDANTS**

## **ORDER**

Robert Tellez, Mr. King's court-appointed counsel, has moved for the Court to compel the Arkansas Parole Board to release information regarding Mr. King so that he may be located. (Docket entry #32) For good cause, the motion (#32) is GRANTED.

The Arkansas Parole Board is directed to provide any information regarding Mr. King's location or address to the Court under seal within 30 days. Once that information is received by the Court, the Court will provide that information to Mr. King's attorney.

The Clerk is instructed to provide a copy of this Order to the Arkansas Board of Parole, Two Union National Plaza, 105 West Capitol Avenue, Suite #500, Little Rock, Arkansas 72201.

IT IS SO ORDERED, this 8th day of October, 2019.

                                                                 _____
                                                                  UNITED STATES MAGISTRATE JUDGE