**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RANDY KEITH KING, II**                                                                                  **PLAINTIFF**

v.                              **Case No. 4:17-cv-00709 KGB**

**TIM RYALS,** *et al.*                                                                                              **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 41). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 8th day of June, 2020.

_____
Kristine G. Baker
United States District Judge